## 5738.　FOREMAN v. THE STATE.

There was evidence sufficient to sustain the verdict of guilty in this case, and, the finding of the jury having been approved by the trial judge, his judgment must be affirmed, no error of law being complained of.

> DECIDED JULY 21, 1914.

Accusation of carrying concealed weapon; from city court of Millen—Judge T. L. Hill. March 20, 1914.

*R. P. Jones,* for plaintiff in error.

*W. Woodrum, solicitor,* contra.

WADE, J. It is contended that there was no evidence authorizing the conviction of the defendant on the charge of carrying a concealed weapon. The witness Johnson testified that the defendant climbed over a fence, on the left side of the witness, and he then saw a pistol in the right-hand pants pocket of the defendant; that he did not and could not see the pistol after the defendant got over the fence, until the defendant reached his buggy and turned around to get into the buggy, when the witness again saw the pistol; that he could not see the pistol before the defendant got over the fence, but saw it when the defendant raised his coat in getting over the fence, and after the defendant got over the fence he could not see the pistol, because it was hidden by the defendant's coat. There was testimony in behalf of the defendant to the effect that he carried the pistol in an open manner and fully exposed to view, in a pocket where it could be seen at all times. The jury, however, had the right to determine which testimony they would believe, and their conclusion in the matter is binding on this court, since, as appears above, there was sufficient evidence to sustain the verdict.                    *Judgment affirmed. Roan, J., absent.*